## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES MATEY,<br><br>            Plaintiff,<br><br>    v.<br><br>QUINTANA ENERGY SERVICES INC., CORBIN J. ROBERTSON, JR., CHRISTOPHER J. BAKER, DAG SKINDLO, GUNNAR ELIASSEN, ROCKY L. DUCKWORTH, DALTON BOUTTÉ, JR., and BOBBY S. SHACKOULS,<br><br>            Defendants. | Civil Action No. 1:20-cv-04531 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Charley Matey hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 30, 2020

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*